DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

D'ANGELO M. NICHOLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4023

————————————————

February 16, 2024

Appeal from the Circuit Court for Sarasota County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.